# Case History

## COMMONWEALTH VS. HASKINS, TARVOUS RANTRAY
### Case# 22-F-00468

Generated: 2/3/2025 12:47:29PM

NOT ORIGINAL DOCUMENT

02/07/2025 05:41:27 PM JKKORAIK@KKHBLAW.CO

FILED
PAIGE PARKER, CLERK
FEB 03 2025
CHRISTIAN COUNTY KENTUCKY
BY _____ D.C.

| | | |
|---|---|---|
| County | CHRISTIAN | |
| Court | DISTRICT Court | |
| Opening Judge | HON. LINDSEY ADAMS | |
| Current Judge | | |
| Closing Judge | HON. LINDSEY ADAMS | |

Page #

| Date | Event | Details |
|---|---|---|
| 06/02/2022 | **Case Filed** FELONY | |
| | *VIOLTIME=19:01 ARRSTDT=6/1/2022 19:03;;;;;;* | |
| 06/01/2022 | **Charge Filed** | 0001080 FAILURE TO OR IMPROPER SIGNAL Citation: 2EA087421-1 Citation Date: 06/02/2022 |
| | Charge 1 ORIGINAL | |
| | *6-8-2022 GDJ/COTTHOFF/NT 7-29-2022 REMAND BACK TO DISTRICT COURT | Mot Cmnwealth; NO TRIAL* | |
| 06/01/2022 | **Charge Filed** | 0423300 POSS OF MARIJUANA Citation: 2EA087421-2 Citation Date: 06/02/2022 |
| | Charge 2 ORIGINAL | |
| | *6-8-2022 GDJ/COTTHOFF/NT 7-29-2022 REMAND BACK TO DISTRICT COURT* | |
| 06/01/2022 | **Charge Filed** | 0502300 TAMPERING WITH PHYSICAL EVIDENCE Citation: 2EA087421-3 Citation Date: 06/02/2022 |
| | Charge 3 ORIGINAL | |
| | *6-8-2022 GDJ/COTTHOFF/NT 7-29-2022 NTB* | |
| 06/01/2022 | **Charge Filed** | 0024040 RESISTING ARREST Citation: 2EA087421-4 Citation Date: 06/02/2022 |
| | Charge 4 ORIGINAL | |
| | *6-8-2022 GDJ/COTTHOFF/NT 7-29-2022 REMANDED BACK TO DISTRICT COURT | Mot Cmnwealth; NO TRIAL* | |
| 06/01/2022 | **Bail Set** NO BAIL SET (DEF MAY NOT GIVE BAIL) | $ .00 |
| 06/02/2022 | **Monetary Event** Monetary Event Collected For Others (Hopkinsville PD) *ARREST FEE* | $ 30.00 |
| 06/02/2022 | **Scheduled Event** ARRAIGNMENT HON. LINDSEY ADAMS | Jun 02 2022 at 09:01 AM |
| | *6/2/2022 8:01:00 AM TRANSFERRED TO 6/8/2022 9:00:00 AM DISTRICT COURTROOM 3 [D3] HON. LINDSEY ADAMS* | |
| 06/02/2022 | **Document Filed** COMPLAINT / PETITION *CITATION* | |
| 06/02/2022 | **Document Filed** ORDER OF COMMITMENT | |
| 06/02/2022 | **Document Filed** CALENDAR ORDER JUD *CONT (COPY HAND DELIVERED TO CCJ; EMAILED TO APA, CA  PRETRIAL)* | |
| 06/02/2022 | **Document Filed** BOND DECISION JUD *$5000.00 CASH* | |
| 06/02/2022 | **Bail Set** CASH | $ 5,000.00 |

NOT ORIGINAL
DOCUMENT
02/07/2025 05:41:27 PM
KWORAK@KKHBLAW.CO

## COMMONWEALTH VS. HASKINS, TARVOUS RANTRAY
### Case# 22-F-00468

| | |
|---|---|
| County | CHRISTIAN |
| Court | DISTRICT Court |
| Opening Judge | HON. LINDSEY ADAMS |
| Current Judge | |
| Closing Judge | HON. LINDSEY ADAMS |

Page #

| Date | Event | |
|---|---|---|
| 06/02/2022 | **Document Filed**<br>VEHICLE INFORMATION<br>*VehicleMake= ACURA  VehicleModel= ILX  VehicleColor= BLACK  VehicleYear= 2015  VehicleRegState= TN  VehicleRegYear= 2022  VehicleRegNumber= 935BDGX* | |
| 06/08/2022 | **Scheduled Event**<br>PRELIMINARY HEARING<br>HON. LINDSEY ADAMS | Jun 08 2022 at 09:05 AM |
| 06/08/2022 | **Document Filed**<br>CALENDAR ORDER<br>JUD<br>*WAIVED TO GRAND JURY  BOND SAME  HD CCJ  EMAILED CA AND PD OFFICES PRETRIAL* | |
| 06/08/2022 | **NOE to All Counsel of Record and Parties N**<br>**Represented by Counsel.**<br>CALENDAR ORDER<br>OTHER<br>*WAIVED TO GRAND JURY  BOND SAME  HD CCJ  EMAILED CA AND PD OFFICES PRETRIAL* | |
| 06/08/2022 | **Document Filed**<br>ORDER OF COMMITMENT<br>*FAXED CCJ* | |
| 07/21/2022 | **Document Filed**<br>TENDERED DOCUMENT<br>APR<br>*RELEASING ROR* | |
| 07/27/2022 | **Document Filed**<br>ORDER - AGREED<br>JUD<br>*AGREED ORDER FOR RELEASE* | |
| 07/27/2022 | **Scheduled Event**<br>REVIEW<br>HON. LINDSEY ADAMS<br>*AGREED ORDER* | Jul 27 2022 at 09:05 AM |
| 07/27/2022 | **Bail Posted**<br>PERSONAL RECOGNIZANCE<br>*MAKE ALL COURT DATES* | $ .00 |
| 07/27/2022 | **Bail Set**<br>PERSONAL RECOGNIZANCE<br>*MAKE ALL COURT DATES* | $ .00 |
| 07/27/2022 | **Document Filed**<br>CALENDAR ORDER<br>JUD<br>*SEE ORDER* | |
| 07/27/2022 | **NOE to All Counsel of Record and Parties N**<br>**Represented by Counsel.**<br>CALENDAR ORDER<br>OTHER<br>*SEE ORDER* | |

NOT ORIGINAL DOCUMENT

02/07/2025 05:41:27 PM
KWORAK@KKHBLAW.CO

# COMMONWEALTH VS. HASKINS, TARVOUS RANTRAY
## Case# 22-F-00468

| | |
|---|---|
| County | CHRISTIAN |
| Court | DISTRICT Court |
| Opening Judge | HON. LINDSEY ADAMS |
| Current Judge | |
| Closing Judge | HON. LINDSEY ADAMS |

Page #

| Date | Event | Details |
|---|---|---|
| 07/28/2022 | **Document Filed** RELEASE | |
| 07/28/2022 | **Monetary Event** Monetary Event Bond Filing Fees | $ 25.00 |
| 07/29/2022 | **Charge Disposed** Charge 3 ORIGINAL NO TRUE BILL RETURNED BY GRAND JRY *6-8-2022 GDJ/COTTHOFF/NT 7-29-2022 NTB* | 0502300 TAMPERING WITH PHYSICAL EVIDENCE |
| 07/29/2022 | **Document Filed** INDICTMENT *CHG 3 NTB CHG 1, 2 AND 4 REMAND BACK TO DISTRICT COURT* | |
| 07/29/2022 | **Document Filed** COURT NOTICE | |
| 07/29/2022 | **Document Filed** COURT NOTICE | |
| 08/10/2022 | **Scheduled Event** COURT TRIAL HON. LINDSEY ADAMS *TAMPERING WITH PHYSICAL EVIDENCE (NO TRUE BILL) OTHER CHARGES REMANDED BACK TO DISTRICT COURT CN SENT DEF AND ATTY | 8/10/2022 8:05:00 AM CONTINUED TO 8/17/2022 9:05:00 AM DISTRICT COURTROOM 3 [D3] HON. LINDSEY ADAMS* | Aug 10 2022 at 09:05 AM |
| 08/10/2022 | **Document Filed** CALENDAR ORDER JUD *CONT* | |
| 08/10/2022 | **NOE to All Counsel of Record and Parties N Represented by Counsel.** CALENDAR ORDER HAND DELIVERY *CONT* | |
| 08/17/2022 | **Scheduled Event** COURT TRIAL HON. LINDSEY ADAMS *8/17/2022 8:05:00 AM TRANSFERRED TO 8/17/2022 9:05:00 AM DISTRICT COURTROOM 3 [D3] HON. LINDSEY ADAMS| 8/17/2022 8:05:00 AM TRANSFERRED TO 10/21/2022 9:00:00 AM DISTRICT COURTROOM 1 [D1] HON. LINDSEY ADAMS* | Aug 17 2022 at 09:05 AM |
| 08/17/2022 | **Document Filed** CALENDAR ORDER JUD *CONT FOR PTC AND JURY TRIAL HD CCJ EMAILED CA AND PD OFFICES PRETRIAL* | |
| 08/17/2022 | **NOE to All Counsel of Record and Parties N Represented by Counsel.** CALENDAR ORDER OTHER *CONT FOR PTC AND JURY TRIAL HD CCJ EMAILED CA AND PD OFFICES PRETRIAL* | |
| 08/17/2022 | **Document Filed** ORDER OF PRETRIAL/JURY TRIAL | |

NOT ORIGINAL DOCUMENT
02/07/2025 05:41:27 PM
KWORAK@KKHBLAW.CO

## COMMONWEALTH VS. HASKINS, TARVOUS RANTRAY
### Case# 22-F-00468

| | |
|---|---|
| County | CHRISTIAN |
| Court | DISTRICT Court |
| Opening Judge | HON. LINDSEY ADAMS |
| Current Judge | |
| Closing Judge | HON. LINDSEY ADAMS |

Page #

| Date | Event | |
|---|---|---|
| 08/17/2022 | **Document Filed**<br>ORDER SETTING PRETRIAL CONFERENCE | |
| 08/17/2022 | **Scheduled Event**     Aug 17 2022 at 09:05 AM<br>PRETRIAL CONFERENCE<br>HON. LINDSEY ADAMS<br>*JT SET FOR 10-21-2022* | |
| 10/05/2022 | **Scheduled Event**     Oct 05 2022 at 09:05 AM<br>PRETRIAL CONFERENCE<br>HON. LINDSEY ADAMS<br>*JT IS 10-21-2022| 10/5/2022 8:05:00 AM CONTINUED TO 11/16/2022 9:05:00 AM DISTRICT COURTROOM 3 [D3] HON. LINDSEY ADAMS* | |
| 10/05/2022 | **Document Filed**<br>CALENDAR ORDER<br>JUD<br>*CONT (COPY HAND DELIVERED TO CCJ; EMAILED TO APA, CA  PRETRIAL)* | |
| 10/21/2022 | **Scheduled Event**     Oct 21 2022 at 09:00 AM<br>JURY TRIAL<br>HON. LINDSEY ADAMS | |
| 11/16/2022 | **Scheduled Event**     Nov 16 2022 at 09:05 AM<br>PRETRIAL CONFERENCE<br>HON. LINDSEY ADAMS<br>*11/16/2022 8:05:00 AM CONTINUED TO 1/11/2023 9:05:00 AM DISTRICT COURTROOM 3 [D3] HON. LINDSEY ADAMS* | |
| 11/16/2022 | **Document Filed**<br>CALENDAR ORDER<br>JUD<br>*CONT MAILED CN TO DEF* | |
| 11/16/2022 | **NOE to All Counsel of Record and Parties N<br>Represented by Counsel.**<br>CALENDAR ORDER<br>HAND DELIVERY<br>*CONT MAILED CN TO DEF* | |
| 11/16/2022 | **Document Filed**<br>NOTICE OF HEARING | |
| 01/11/2023 | **Scheduled Event**     Jan 11 2023 at 09:05 AM<br>PRETRIAL CONFERENCE<br>HON. LINDSEY ADAMS<br>*CN MAILED TO DEF FOR TODAY| 1/11/2023 8:05:00 AM CONTINUED TO 3/15/2023 9:05:00 AM DISTRICT COURTROOM 3 [D3] HON. LINDSEY ADAMS* | |
| 01/11/2023 | **Document Filed**<br>CALENDAR ORDER<br>JUD<br>*CONT  HD CCJ  EMAILED CA AND PD OFFICES  PRETRIAL* | |
| 01/11/2023 | **NOE to All Counsel of Record and Parties N<br>Represented by Counsel.**<br>CALENDAR ORDER<br>OTHER<br>*CONT  HD CCJ  EMAILED CA AND PD OFFICES  PRETRIAL* | |

NOT ORIGINAL

## COMMONWEALTH VS. HASKINS, TARVOUS RANTRAY
### Case# 22-F-00468

02/07/2025 05:41:27 PM
KWORAK@KKHBLAW.CC

| | | | Page # |
|---|---|---|---|
| County | CHRISTIAN | | |
| Court | DISTRICT Court | | |
| Opening Judge | HON. LINDSEY ADAMS | | |
| Current Judge | | | |
| Closing Judge | HON. LINDSEY ADAMS | | |
| 01/12/2023 | Document Filed<br>COURT NOTICE | | |
| 02/07/2023 | Document Filed<br>CORRESPONDENCE<br>　　US DEPARTMENT OF JUSTICE  EMAILED CA AND SANDS CHEWNING OFFICES | | |
| 03/15/2023 | Scheduled Event　　　　　　　　　　　Mar 15 2023 at 09:05 AM<br>PRELIMINARY HEARING<br>HON. LINDSEY ADAMS<br>　　CN SENT DEF | 3/15/2023 8:05:00 AM CONTINUED TO 5/3/2023 9:05:00 AM DISTRICT COURTROOM 3 [D3]<br>　　HON. LINDSEY ADAMS | | |
| 03/15/2023 | Document Filed<br>CALENDAR ORDER<br>JUD<br>　　CONT / EMAILED TO CO ATTY / PD OFFICE / CCJAIL/ PRETRIAL | | |
| 03/15/2023 | NOE to All Counsel of Record and Parties N<br>Represented by Counsel.<br>CALENDAR ORDER<br>HAND DELIVERY<br>　　CONT / EMAILED TO CO ATTY / PD OFFICE / CCJAIL/ PRETRIAL | | |
| 03/15/2023 | Document Filed<br>CORRESPONDENCE<br>　　MAILING ADDRESS WHERE DEF IS AT | | |
| 03/15/2023 | Document Filed<br>NOTICE OF HEARING | | |
| 03/31/2023 | Document Filed<br>MAIL RETURNED UNDELIVERED | | |
| 05/03/2023 | Scheduled Event　　　　　　　　　　　May 03 2023 at 09:05 AM<br>PRELIMINARY HEARING<br>HON. LINDSEY ADAMS<br>　　5/3/2023 8:05:00 AM CONTINUED TO 5/31/2023 9:05:00 AM DISTRICT COURTROOM 3 [D3] HON. LINDSEY<br>　　ADAMS | | |
| 05/03/2023 | Document Filed<br>CALENDAR ORDER<br>JUD<br>　　CONTINUE COPY EMAIL TO CCJ APA CA AND PRETRAIL | | |
| 05/03/2023 | NOE to All Counsel of Record and Parties N<br>Represented by Counsel.<br>CALENDAR ORDER<br>OTHER<br>　　CONTINUE COPY EMAIL TO CCJ APA CA AND PRETRAIL | | |
| 05/31/2023 | Scheduled Event　　　　　　　　　　　May 31 2023 at 09:05 AM<br>PRELIMINARY HEARING<br>HON. LINDSEY ADAMS<br>　　MAYBE RETAINING MCGEE| 5/31/2023 8:05:00 AM CONTINUED TO 6/13/2023 9:05:00 AM DISTRICT<br>　　COURTROOM 3 [D3] HON. LINDSEY ADAMS | | |



## COMMONWEALTH VS. HASKINS, TARVOUS RANTRAY
### Case# 22-F-00468

NOT ORIGINAL
02/07/2025 05:41:27 PM
KWORAK@KKHBLAW.CO

| County | CHRISTIAN |
|---|---|
| Court | DISTRICT Court |
| Opening Judge | HON. LINDSEY ADAMS |
| Current Judge | |
| Closing Judge | HON. LINDSEY ADAMS |

Page #

| Date | Event | Details | Page # |
|---|---|---|---|
| 05/31/2023 | **Document Filed**<br>CALENDAR ORDER<br>JUD<br>*WD S CHEWNING  EOA R MCGEE  CONT EMAILED CCJ CA AND PD OFFICES PRETRIAL* | | |
| 05/31/2023 | **NOE to All Counsel of Record and Parties N<br>Represented by Counsel.**<br>CALENDAR ORDER<br>OTHER<br>*WD S CHEWNING  EOA R MCGEE  CONT EMAILED CCJ CA AND PD OFFICES PRETRIAL* | | |
| 06/13/2023 | **Scheduled Event**<br>PRELIMINARY HEARING<br>HON. LINDSEY ADAMS<br>*6/13/2023 8:05:00 AM CONTINUED TO 8/15/2023 9:05:00 AM DISTRICT COURTROOM 3 [D3] HON. LINDSEY ADAMS* | Jun 13 2023 at 09:05 AM | |
| 06/13/2023 | **Document Filed**<br>CALENDAR ORDER<br>JUD<br>*CONTINUE  (COPY EMAILED TO CCJ, APA, CA  PRETRIAL)* | | |
| 06/13/2023 | **NOE to All Counsel of Record and Parties N<br>Represented by Counsel.**<br>CALENDAR ORDER<br>OTHER<br>*CONTINUE  (COPY EMAILED TO CCJ, APA, CA  PRETRIAL)* | | |
| 08/15/2023 | **Case Disposed**<br>APPEAL PENDING<br>*VIOLTIME=19:01 ARRSTDT=6/1/2022 19:03;;;;;;* | 439 Days | |
| 08/15/2023 | **Scheduled Event**<br>PRELIMINARY HEARING<br>HON. LINDSEY ADAMS | Aug 15 2023 at 09:05 AM | |
| 08/15/2023 | **Document Filed**<br>CALENDAR ORDER<br>JUD<br>*FTA ISSUE BW  (COPY EMAILED TO CCJ EMAILED TO APA, CA, PRETRIAL)* | | |
| 08/15/2023 | **NOE to All Counsel of Record and Parties N<br>Represented by Counsel.**<br>CALENDAR ORDER<br>OTHER<br>*FTA ISSUE BW  (COPY EMAILED TO CCJ EMAILED TO APA, CA, PRETRIAL)* | | |
| 08/15/2023 | **Warrant Issued**<br>BENCH WARRANT<br>*Reason : Failure to appear; FAILURE TO APPEAR 08/15/2023 $250.00 CASH ONLY* | @00000507775 | |
| 08/15/2023 | **Warrant Served**<br>BENCH WARRANT<br>RETURNED SERVED<br>*Reason : Failure to appear; FAILURE TO APPEAR 08/15/2023 $250.00 CASH ONLY* | @00000507775 | |
| 08/15/2023 | **Bail Set**<br>CASH | $ 250.00 | |

NOT ORIGINAL DOCUMENT

02/07/2025 05:41:27 PM
KWORAK@KKHBLAW.CO

## COMMONWEALTH VS. HASKINS, TARVOUS RANTRAY
### Case# 22-F-00468

| | | | |
|---|---|---|---|
| County | CHRISTIAN | | |
| Court | DISTRICT Court | | |
| Opening Judge | HON. LINDSEY ADAMS | | |
| Current Judge | | | |
| Closing Judge | HON. LINDSEY ADAMS | | Page # |
| 08/15/2023 | **Charge Filed** | 0011500 FAILURE TO APPEAR, CITATION FOR MISDEMEANOR   Citation: 3EK945633-1  Citation Date: 08/22/2023 | |
| | Charge 5 Original *Other; NO TRIAL* | | |
| 08/17/2023 | **Bail Posted** CASH | $ 250.00 | |
| 08/22/2023 | **Monetary Event** Monetary Event Collected For Others (Christian County Detention Center) *FTA SERVICE FEE* | $ 30.00 | |
| 08/22/2023 | **Document Filed** ORDER OF COMMITMENT | | |
| 08/22/2023 | **Document Filed** CRIMINAL COMPLAINT/WARRANT/SUMMONS *FTA BW RET D SERVED/CCJAIL* | | |
| 08/22/2023 | **Document Filed** COMPLAINT / PETITION *CITATION/FTA* | | |
| 08/22/2023 | **Document Filed** DISCLOSURE STATEMENT *DO NOT USE* | | |
| 08/22/2023 | **Document Filed** RELEASE *FULL CASH* | | |
| 08/22/2023 | **Case Reopened** RE-OPENED *FTA* | | |
| 08/22/2023 | **Monetary Event** Monetary Event Bond Filing Fees | $ 25.00 | |
| 08/30/2023 | **Scheduled Event** FTA REVIEW HON. LINDSEY ADAMS *FTA BW RET D SERVED/CCJAIL  FTA FOR PH  CBP-DO NOT USE| 8/30/2023 8:00:00 AM CONTINUED TO 9/13/2023 9:05:00 AM DISTRICT COURTROOM 3 [D3] HON. LINDSEY ADAMS* | Aug 30 2023 at 09:00 AM | |
| 08/30/2023 | **Document Filed** CALENDAR ORDER JUD *CONT/ EMAILED CO ATTY / PRETRIAL / CCJAIL / PD OFFICE* | | |
| 08/30/2023 | **NOE to All Counsel of Record and Parties N Represented by Counsel.** CALENDAR ORDER HAND DELIVERY *CONT/ EMAILED CO ATTY / PRETRIAL / CCJAIL / PD OFFICE* | | |

**COMMONWEALTH VS. HASKINS, TARVOUS RANTRAY**
Case# 22-F-00468

NOT ORIGINAL
02/07/2025 05:41:27 PM
KWORAK@KKHBLAW.CC

| | | | |
|---|---|---|---|
| County | CHRISTIAN | | |
| Court | DISTRICT Court | | |
| Opening Judge | HON. LINDSEY ADAMS | | |
| Current Judge | | | |
| Closing Judge | HON. LINDSEY ADAMS | | Page # |
| 09/11/2023 | Document Filed<br>TENDERED DOCUMENT<br>APR | | |
| 09/11/2023 | Document Filed<br>EXHIBIT<br>APR | | |
| 09/11/2023 | Motion Filed<br>MOTION TO SUPPRESS<br>ATTORNEY-PRIVATE | | |
| 09/13/2023 | Scheduled Event<br>FTA REVIEW<br>HON. LINDSEY ADAMS<br>*9/13/2023 8:05:00 AM CONTINUED TO 11/30/2023 9:05:00 AM DISTRICT COURTROOM 3 [D3] HON. LINDSEY ADAMS* | Sep 13 2023 at 09:05 AM | |
| 09/13/2023 | Document Filed<br>CALENDAR ORDER<br>JUD<br>*MOTION TO SUPPRESS CONT  EMAIL CO ATTY, PRETRIAL, CCJAIL, PD OFFICE* | | |
| 09/13/2023 | NOE to All Counsel of Record and Parties N<br>Represented by Counsel.<br>CALENDAR ORDER<br>HAND DELIVERY<br>*MOTION TO SUPPRESS CONT  EMAIL CO ATTY, PRETRIAL, CCJAIL, PD OFFICE* | | |
| 09/13/2023 | Motion Filed<br>MOTION - OTHER<br>ATTORNEY FOR DEFENDANT<br>*ORDER ON MOTIONS* | | |
| 09/14/2023 | Document Filed<br>CALENDAR ORDER<br>JUD<br>*CONT / EMAILED CCJAIL/ CO ATTY / PRETRIAL / PD OFFICE* | | |
| 09/14/2023 | NOE to All Counsel of Record and Parties N<br>Represented by Counsel.<br>CALENDAR ORDER<br>HAND DELIVERY<br>*CONT / EMAILED CCJAIL/ CO ATTY / PRETRIAL / PD OFFICE* | | |
| 11/21/2023 | Document Filed<br>RESPONSE<br>CC<br>*RESPONSE* | | |
| 11/30/2023 | Charge Disposed<br><br>Charge 5 Original<br>DISMISSED<br>*Other; NO TRIAL* | 0011500 FAILURE TO APPEAR, CITATION FOR MISDEMEANOR | |

## COMMONWEALTH VS. HASKINS, TARVOUS RANTRAY
### Case# 22-F-00468

NOT ORIGINAL
02/07/2025 05:41:27 PM
KWORAK@KKHBLAW.C[OM]

| | | |
|---|---|---|
| County | CHRISTIAN | |
| Court | DISTRICT Court | |
| Opening Judge | HON. LINDSEY ADAMS | |
| Current Judge | | |
| Closing Judge | HON. LINDSEY ADAMS | Page # |

| Date | Event | Details |
|---|---|---|
| 11/30/2023 | Scheduled Event<br>FTA REVIEW<br>HON. LINDSEY ADAMS | Nov 30 2023 at 09:00 AM |
| | *11/30/2023 8:00:00 AM TRANSFERRED TO 1/10/2024 9:05:00 AM DISTRICT COURTROOM 3 [D3] HON. LINDSEY ADAMS* | |
| 11/30/2023 | Motion Disposed<br>MOTION - OTHER<br>ATTORNEY FOR DEFENDANT<br>*ORDER ON MOTIONS* | -78 Days |
| 11/30/2023 | Document Filed<br>CALENDAR ORDER<br>JUD<br>*MOTION DENIED COMMONWEALTH MET BURDEN /EMAILED TO CO ATTY./ RAMON MCGEE* | |
| 12/05/2023 | NOE to All Counsel of Record and Parties N<br>Represented by Counsel.<br>CALENDAR ORDER<br>HAND DELIVERY<br>*MOTION DENIED COMMONWEALTH MET BURDEN /EMAILED TO CO ATTY./ RAMON MCGEE* | |
| 12/07/2023 | Document Filed<br>REQUEST / APPLICATION<br>*REQ FOR COPY OF MOTION HOUR FROM DOUG WILLEN S OFFICE* | |
| 12/12/2023 | Monetary Event<br>Monetary Event<br>Charges For Services (Copy - Video Tape/CD) | $ 25.00 |
| 01/10/2024 | Scheduled Event<br>COURT TRIAL<br>HON. LINDSEY ADAMS | Jan 10 2024 at 09:05 AM |
| | *1/10/2024 8:05:00 AM TRANSFERRED TO 3/27/2024 9:05:00 AM DISTRICT COURTROOM 3 [D3] HON. LINDSEY ADAMS| 1/10/2024 8:05:00 AM TRANSFERRED TO 4/26/2024 9:00:00 AM DISTRICT COURTROOM 1 [D1] HON. LINDSEY ADAMS* | |
| 01/10/2024 | Document Filed<br>CALENDAR ORDER<br>JUD<br>*CONT FOR PTC AND JT EMAILED CCJ CA AND PD OFFICES PRETRIAL* | |
| 01/10/2024 | NOE to All Counsel of Record and Parties N<br>Represented by Counsel.<br>CALENDAR ORDER<br>OTHER<br>*CONT FOR PTC AND JT EMAILED CCJ CA AND PD OFFICES PRETRIAL* | |
| 01/10/2024 | Document Filed<br>ORDER OF PRETRIAL/JURY TRIAL | |
| 03/18/2024 | Document Filed<br>NOTICE OF FILING<br>CC | |
| 03/18/2024 | Document Filed<br>EXHIBIT<br>CC | |

NOT ORIGINAL DOCUMENT
02/07/2025 05:41:27 PM
KWORAK@KKHBLAW.CO

## COMMONWEALTH VS. HASKINS, TARVOUS RANTRAY
### Case# 22-F-00468

| | |
|---|---|
| County | CHRISTIAN |
| Court | DISTRICT Court |
| Opening Judge | HON. LINDSEY ADAMS |
| Current Judge | |
| Closing Judge | HON. LINDSEY ADAMS |

| Date | Event | Page # |
|---|---|---|
| 03/18/2024 | Document Filed<br>EXHIBIT<br>CC | |
| 03/18/2024 | Document Filed<br>EXHIBIT<br>CC | |
| 03/27/2024 | Scheduled Event — Mar 27 2024 at 09:05 AM<br>PRETRIAL CONFERENCE<br>HON. LINDSEY ADAMS<br>*JT 4-26-2024* | |
| 03/27/2024 | Document Filed<br>CALENDAR ORDER<br>JUD<br>*CONT TO JURY TRIAL /CONT/ EMAILED CO ATTY / PD OFFICE / CCJAIL /PRETRIAL / HPD/ RAMON MCGEE* | |
| 03/27/2024 | NOE to All Counsel of Record and Parties N<br>Represented by Counsel.<br>CALENDAR ORDER<br>HAND DELIVERY<br>*CONT TO JURY TRIAL /CONT/ EMAILED CO ATTY / PD OFFICE / CCJAIL /PRETRIAL / HPD/ RAMON MCGEE* | |
| 04/22/2024 | Scheduled Event — Apr 22 2024 at 10:00 AM<br>REVIEW<br>HON. LINDSEY ADAMS<br>*4/22/2024 9:00:00 AM TRANSFERRED TO 4/30/2024 9:05:00 AM DISTRICT COURTROOM 3 [D3] HON. LINDSEY ADAMS* | |
| 04/22/2024 | Document Filed<br>CALENDAR ORDER<br>JUD<br>*VACATE 4/26/24 JURY TRIAL  CONT TO 4/30/2024 FOR NEW DATES AND SEND CN TO DEF AND ATTORNEY EMAILED CA; PRETRIAL; ATTORNEY; PD OFFICE* | |
| 04/22/2024 | NOE to All Counsel of Record and Parties N<br>Represented by Counsel.<br>CALENDAR ORDER<br>OTHER<br>*VACATE 4/26/24 JURY TRIAL  CONT TO 4/30/2024 FOR NEW DATES AND SEND CN TO DEF AND ATTORNEY EMAILED CA; PRETRIAL; ATTORNEY; PD OFFICE* | |
| 04/22/2024 | Document Filed<br>COURT NOTICE | |
| 04/26/2024 | Scheduled Event — Apr 26 2024 at 09:00 AM<br>JURY TRIAL<br>HON. LINDSEY ADAMS<br>*DEL SCH EVENT 04/26/2024 9:00 AM D1 CONT 4/30/2024* | |
| 04/30/2024 | Scheduled Event — Apr 30 2024 at 09:05 AM<br>COURT TRIAL<br>HON. LINDSEY ADAMS<br>*CN SENT DEF AND ATTY | 4/30/2024 8:05:00 AM CONTINUED TO 7/24/2024 9:05:00 AM DISTRICT COURTROOM 3 [D3] HON. LINDSEY ADAMS| 4/30/2024 8:05:00 AM CONTINUED TO 8/9/2024 9:00:00 AM DISTRICT COURTROOM 1 [D1] HON. LINDSEY ADAMS* | |

NOT ORIGINAL DOCUMENT

02/07/2025 05:41:27 PM
KWORAK@KKHBLAW.CO

## COMMONWEALTH VS. HASKINS, TARVOUS RANTRAY
### Case# 22-F-00468

| | |
|---|---|
| County | CHRISTIAN |
| Court | DISTRICT Court |
| Opening Judge | HON. LINDSEY ADAMS |
| Current Judge | |
| Closing Judge | HON. LINDSEY ADAMS |

Page #

| Date | Entry | Page # |
|---|---|---|
| 04/30/2024 | **Document Filed**<br>CALENDAR ORDER<br>JUD<br>*CONTINUE (COPY EMAILED TO CCJ, APA, CA, PRETRIAL HPD)* | |
| 04/30/2024 | **NOE to All Counsel of Record and Parties N Represented by Counsel.**<br>CALENDAR ORDER<br>OTHER<br>*CONTINUE (COPY EMAILED TO CCJ, APA, CA, PRETRIAL HPD)* | |
| 04/30/2024 | **Document Filed**<br>ORDER - OTHER<br>JUD<br>*ORDER SETTING JURY TRIAL PRE TRIAL* | |
| 04/30/2024 | **NOE to All Counsel of Record and Parties N Represented by Counsel.**<br>ORDER - OTHER<br>OTHER<br>*ORDER SETTING JURY TRIAL PRE TRIAL* | |
| 07/19/2024 | **Document Filed**<br>BLOOD TEST REPORT<br>*WEST LAB BRANCH 22W03265 REPORT 2* | |
| 07/24/2024 | **Scheduled Event**     Jul 24 2024 at 09:05 AM<br>PRETRIAL CONFERENCE<br>HON. LINDSEY ADAMS<br>*JT 8/9/24| 7/24/2024 8:05:00 AM CONTINUED TO 9/4/2024 9:05:00 AM DISTRICT COURTROOM 3 [D3] HON. LINDSEY ADAMS| 7/24/2024 8:05:00 AM TRANSFERRED TO 9/20/2024 9:00:00 AM DISTRICT COURTROOM 1 [D1] HON. LINDSEY ADAMS* | |
| 07/24/2024 | **Document Filed**<br>ORDER OF PRETRIAL/JURY TRIAL | |
| 07/24/2024 | **Document Filed**<br>CALENDAR ORDER<br>JUD<br>*CONT WITH PC / VACATEED JT ON AUG 9TH / EMAILED CCJAIL/ PRETRIAL/ CO ATTY / PD OFFICE / HPD* | |
| 07/24/2024 | **NOE to All Counsel of Record and Parties N Represented by Counsel.**<br>CALENDAR ORDER<br>HAND DELIVERY<br>*CONT WITH PC / VACATEED JT ON AUG 9TH / EMAILED CCJAIL/ PRETRIAL/ CO ATTY / PD OFFICE / HPD* | |
| 08/09/2024 | **Scheduled Event**     Aug 09 2024 at 09:00 AM<br>JURY TRIAL<br>HON. LINDSEY ADAMS<br>*VACATED COURT DATE* | |
| 09/04/2024 | **Scheduled Event**     Sep 04 2024 at 09:05 AM<br>PRETRIAL CONFERENCE<br>HON. LINDSEY ADAMS<br>*JT 09/20/2024* | |

**NOT ORIGINAL**

## COMMONWEALTH VS. HASKINS, TARVOUS RANTRAY
### Case# 22-F-00468

02/07/2025 05:41:27 PM
KWORAK@KKHBLAW.C

| | | |
|---|---|---|
| County | CHRISTIAN | |
| Court | DISTRICT Court | |
| Opening Judge | HON. LINDSEY ADAMS | |
| Current Judge | | |
| Closing Judge | HON. LINDSEY ADAMS | Page # |

| Date | Event | |
|---|---|---|
| 09/04/2024 | **Document Filed**<br>CALENDAR ORDER<br>*CONT TO TRIAL DATE / CONT EMAILED TO CCJAIL / CO ATTY / PD OFFICE / HPD / PRETRIAL* | |
| 09/17/2024 | **Scheduled Event**   Sep 17 2024 at 12:00 PM<br>OTHER HEARING<br>HON. LINDSEY ADAMS<br>*VACATE JT ON 9/20/2024| 9/17/2024 11:00:00 AM TRANSFERRED TO 10/16/2024 9:05:00 AM DISTRICT COURTROOM 3 [D3] HON. LINDSEY ADAMS* | |
| 09/17/2024 | **Document Filed**<br>CALENDAR ORDER<br>JUD<br>*VACATED 9/20 JURY TRIAL / CONT FOR PC / EMAILED RAMON MCGEE* | |
| 09/17/2024 | **NOE to All Counsel of Record and Parties N**<br>**Represented by Counsel.**<br>CALENDAR ORDER<br>HAND DELIVERY<br>*VACATED 9/20 JURY TRIAL / CONT FOR PC / EMAILED RAMON MCGEE* | |
| 09/20/2024 | **Scheduled Event**   Sep 20 2024 at 09:00 AM<br>JURY TRIAL<br>HON. LINDSEY ADAMS<br>*VACATED JURY TRIAL* | |
| 10/16/2024 | **Scheduled Event**   Oct 16 2024 at 09:05 AM<br>PRETRIAL CONFERENCE<br>HON. LINDSEY ADAMS<br>*NEEDING NEW TRIAL DATES  CBP- DO NOT USE | 10/16/2024 8:05:00 AM CONTINUED TO 10/30/2024 9:05:00 AM DISTRICT COURTROOM 3 [D3] HON. LINDSEY ADAMS* | |
| 10/16/2024 | **Document Filed**<br>CALENDAR ORDER<br>*CONT WITH COURT NOTICE TO DEF AND ATTY / EMAILED TO CCJAIL /PD OFFICE/ HPD/ PRETRIAL / CO ATTY* | |
| 10/17/2024 | **Document Filed**<br>COURT NOTICE | |
| 10/17/2024 | **Document Filed**<br>COURT NOTICE | |
| 10/30/2024 | **Scheduled Event**   Oct 30 2024 at 09:05 AM<br>PRETRIAL CONFERENCE<br>HON. LINDSEY ADAMS<br>*CN SENT TO DEF AND ATTY| 10/30/2024 8:05:00 AM CONTINUED TO 12/18/2024 9:05:00 AM DISTRICT COURTROOM 3 [D3] HON. LINDSEY ADAMS| 10/30/2024 8:05:00 AM TRANSFERRED TO 1/17/2025 9:00:00 AM DISTRICT COURTROOM 1 [D1] HON. LINDSEY ADAMS* | |
| 10/30/2024 | **Document Filed**<br>CALENDAR ORDER<br>JUD<br>*CONT FOR PTC AND JT  EMAILED CCJ CA AND PD OFFICES PRETRIAL  HPD* | |

## COMMONWEALTH VS. HASKINS, TARVOUS RANTRAY
### Case# 22-F-00468

NOT ORIGINAL
02/07/2025 05:41:27 PM
KWORAK@KKHBLAW.CC

| | | |
|---|---|---|
| County | CHRISTIAN | |
| Court | DISTRICT Court | |
| Opening Judge | HON. LINDSEY ADAMS | |
| Current Judge | | |
| Closing Judge | HON. LINDSEY ADAMS | Page # |
| 10/30/2024 | **NOE to All Counsel of Record and Parties N Represented by Counsel.**<br>CALENDAR ORDER<br>OTHER<br>*CONT FOR PTC AND JT EMAILED CCJ CA AND PD OFFICES PRETRIAL HPD* | |
| 10/30/2024 | **Document Filed**<br>ORDER OF PRETRIAL/JURY TRIAL<br>JUD<br>*COPY CA; DEF ATTY; DEF AND WITNESSES* | |
| 10/30/2024 | **NOE to All Counsel of Record and Parties N Represented by Counsel.**<br>ORDER OF PRETRIAL/JURY TRIAL<br>OTHER<br>*COPY CA; DEF ATTY; DEF AND WITNESSES* | |
| 12/18/2024 | **Scheduled Event**          Dec 18 2024 at 09:05 AM<br>PRETRIAL CONFERENCE<br>HON. LINDSEY ADAMS<br>*JT 01-17-2025 | 12/18/2024 8:05:00 AM CONTINUED TO 1/8/2025 9:05:00 AM DISTRICT COURTROOM 3 [D3] HON. LINDSEY ADAMS* | |
| 12/18/2024 | **Document Filed**<br>CALENDAR ORDER<br>JUD<br>*CONT EMAILED CO ATTY/ PRETRIAL / HPD / CCJAIL / PD OFFICE* | |
| 01/08/2025 | **Charge Disposed**          0001080 FAILURE TO OR IMPROPER SIGNAL<br>Charge 1 ORIGINAL<br>DISMISSED<br>*6-8-2022 GDJ/COTTHOFF/NT 7-29-2022 REMAND BACK TO DISTRICT COURT | Mot Cmnwealth; NO TRIAL* | |
| 01/08/2025 | **Charge Disposed**          0423300 POSS OF MARIJUANA<br>Charge 2 ORIGINAL<br>GUILTY<br>*6-8-2022 GDJ/COTTHOFF/NT 7-29-2022 REMAND BACK TO DISTRICT COURT* | |
| 01/08/2025 | **Charge Disposed**          0024040 RESISTING ARREST<br>Charge 4 ORIGINAL<br>DISMISSED<br>*6-8-2022 GDJ/COTTHOFF/NT 7-29-2022 REMANDED BACK TO DISTRICT COURT | Mot Cmnwealth; NO TRIAL* | |
| 01/08/2025 | **Case Closed**<br>RE-OPENED<br>*FTA* | |
| 01/08/2025 | **Scheduled Event**          Jan 08 2025 at 09:05 AM<br>PRETRIAL CONFERENCE<br>HON. LINDSEY ADAMS<br>*JT 1/17/2025| 1/8/2025 8:05:00 AM TRANSFERRED TO 4/30/2025 9:00:00 AM DISTRICT COURTROOM 3 [D3] HON. LINDSEY ADAMS* | |
| 01/08/2025 | **Document Filed**<br>CALENDAR ORDER<br>JUD<br>*REFUND BOND VACATE JURY TRIAL MCA DISM CHG 1 AND 3 CHG 2 CONDITIONAL PLEA CONFISCATE AND DESTROY CONT FOR PIF EMAILED CCJ CA AND PD OFFICES PRETRIAL HPD* | |

NOT ORIGINAL DOCUMENT

## COMMONWEALTH VS. HASKINS, TARVOUS RANTRAY
### Case# 22-F-00468

02/07/2025 05:41:27 PM
KWORAK@KKHBLAW.CO

| | | |
|---|---|---|
| County | CHRISTIAN | |
| Court | DISTRICT Court | |
| Opening Judge | HON. LINDSEY ADAMS | |
| Current Judge | | |
| Closing Judge | HON. LINDSEY ADAMS | |

| | | | Page # |
|---|---|---|---|
| 01/08/2025 | **NOE to All Counsel of Record and Parties N Represented by Counsel.** CALENDAR ORDER OTHER *REFUND BOND  VACATE JURY TRIAL  MCA DISM CHG 1 AND 3  CHG 2 CONDITIONAL PLEA  CONFISCATE AND DESTROY  CONT FOR PIF  EMAILED CCJ CA AND PD OFFICES PRETRIAL  HPD* | | |
| 01/08/2025 | **Document Filed** ORDER OF PROBATION JUD *COPY DEF* | | |
| 01/08/2025 | **NOE to All Counsel of Record and Parties N Represented by Counsel.** ORDER OF PROBATION HAND DELIVERY *COPY DEF* | | |
| 01/08/2025 | **Sentence Imposed on Charge 2 ORIGINAL** Sentence 1 Original | Sentence Modified Date: 01/08/2025 | |
| 01/09/2025 | **Bail Discharged** CASH | $ 250.00 | |
| 01/17/2025 | **Scheduled Event** JURY TRIAL HON. LINDSEY ADAMS *DEL SCH EVENT 01/17/2025 9:00 AM D1* | Jan 17 2025 at 09:00 AM | |
| 01/29/2025 | **Document Filed** DESIGNATION OF RECORD APR *FCM TO ATTY RAYMOND MCGREE  FCM TO COMMONWEALTH ATTY  FCM TO COUNTY ATTY* | | |
| 01/29/2025 | **Document Filed** NOTICE OF APPEAL APR *FCM TO RAMON MCGEE  FCM TO COMMONWEALTH ATTY  FCM TO COUNTY ATTY* | | |
| 01/29/2025 | **Document Filed** EXHIBIT APR | | |
| 01/29/2025 | **Document Filed** EXHIBIT APR | | |
| 01/29/2025 | **Monetary Event** Monetary Event Civil Filing Fee | $ 60.00 | |
| 01/29/2025 | **Monetary Event** Monetary Event Collected For Others (Postage) | $ 0.97 | |
| 01/29/2025 | **Monetary Event** Monetary Event Charges For Services (Copy - Photocopy) | $ 0.90 | |

NOT ORIGINAL DOCUMENT

02/07/2025 05:41;27 PM
KWORAK@KKHBLAW.CO

## COMMONWEALTH VS. HASKINS, TARVOUS RANTRAY
### Case# 22-F-00468

| | |
|---|---|
| County | CHRISTIAN |
| Court | DISTRICT Court |
| Opening Judge | HON. LINDSEY ADAMS |
| Current Judge | |
| Closing Judge | HON. LINDSEY ADAMS |

| Date | Event | | Page # |
|---|---|---|---|
| 02/03/2025 | **Document Filed** <br> MISCELLANEOUS <br> *CASE HISTORY - RECORD SENT TO CIRCUIT COURT ON APPEAL* | | |
| 04/30/2025 | **Scheduled Event** <br> SHOW CAUSE DEFERRED/INSTALLMENT PAYMENT <br> HON. LINDSEY ADAMS <br> *W/ PIF* | Apr 30 2025 at 09:00 AM | |