09:05 AM    D1    CHRISTIAN    Run Date: 1/8/2025 9:17:24AM    DocketList.Rpt
Court   D3    DISTRICT COURT    )M 3    Prep Info    09    01/07/2025 04:23 PM    4098853
Judge   HON. LINDSEY ADAMS    NOT ORIGINAL
                              01/08/2025 Court Docket
                              Page 26 of 66
                              02/07/2025 03:08:19 PM
                              KWORAK@KKHBLAW.CO

59    DI    22-F-00468    COMMONWEALTH VS. HASKINS, TARVOUS RANTRAY

[X] HASKINS, TARVOUS RANTRAY

1984    M    B    ***-**-0890    **719165

- [ ] MCGEE, RAMON             ATTORNEY-PRIVATE              MCGEER
- [ ] KLINE, JERIMIAH           COMPLAINING WITNESS           HPD460BJK
- [ ] FOSTER, KATHERINE         COUNTY ATTORNEY
- [ ] HASKINS, TARVOUS RANTRAY  DEFENDANT / RESPONDENT        @60005497322
- [ ] RADFORD, TESHA            SURETY                        @90026335253

[ ] Bail Credit Denied    [ ] Danger to self or others    [ ] Flight Risk

Bail Set: 06/01/2022 NBS    $0.00       AMENDED   06/02/2022
Bail Set: 06/02/2022 CA     $5,000.00   AMENDED   07/27/2022
Bail Set: 07/27/2022 OR     $0.00       POSTED    07/27/2022
Bail Set: 08/15/2023 CA     $250.00     POSTED    08/17/2023

**ENTERED**
**PAIGE PARKER, CLERK**
**JAN. 8TH, 2025**
**CHRISTIAN COUNTY, KENTUCKY**
**BY C. LINTON, D.C.**

Payment History    ( ALL payments )

12/08/2023    $25.00                          08/18/2023    $25.00
Amount Due:            $85.00

PRETRIAL CONFERENCE
JT 1/17/2025  **Vacate.**

**Refund bond.**

( ) Costs Waived due to indigence    ( ) Installment / Deferred Payment    | 59 |

1   06/01/2022   2EA087421-1   0001080   189380   FAILURE TO OR IMPROPER SIGNAL ( V ) ( X ) *FTA Eligible*

**MCA dismiss.**

2   06/01/2022   2EA087421-2   0423300   218A1422   POSS OF MARIJUANA ( M ) ( B )

**Conditional Plea.  GP.  30 S&P for 2.  C&D.  OTS 249.  To 4/30/25.**

4   06/01/2022   2EA087421-4   0024040   520090   RESISTING ARREST ( M ) ( A )

**MCA dismiss.**