CHRISTIAN DISTRICT COURT
CASE NO: 22F468

NOT ORIGINAL

COMMONWEALTH OF KENTUCKY                                                          PLAINTIFF

VS.                          ORDER OF PROBATION

Tarvous Haskins                                                                   DEFENDANT,

[Stamp: ENTERED ATTEST: PAIGE PARKER, CLERK JAN 08 2025 CHRISTIAN COUNTY, KENTUCKY BY _____ D.C.]

You are by this Order placed on probation for a period of two (2) years from the date of your sentencing. Probation means that you are sentenced to time in the county jail, but that time is not to be served unless there is a violation of the terms of your probation. The terms of your probation include the following marked conditions:

__30__ (DAYS)/ MONTHS PROBATED FOR TWO (2) YEARS

✓ You are not to commit another offense during the two-year period of probation where your sentence remains subject to revocation.

___ You shall not commit a Driving Under the Influence AND/ OR Driving on a Suspended License offense during the probationary period.

✓ You are to pay in full any fines, court costs, restitution, and/ or any other amount due the Commonwealth or third party by the following date:

$ 249.__ by 4-30-25 at 9:00 (a.m.)/p.m.
(You must appear on this date if total amount owed has not been PAID IN FULL)

___ You are to complete an approved treatment or counseling program and provide written proof of your enrollment by: _____
   Type:  ___ Domestic Violence  ___ Anger Management  ___ Mental Health Assessment
          ___ Drug/ Alcohol Assessment  ___ ADE (DUI)  ___ Community Service Work: # Hours ___
   Location:
   ___ Community Counseling Center, 509 W. 9th St., Hopkinsville, KY; (270) 886-1515
   ___ Pennyroyal Mental Health Center, 735 North Dr., Hopkinsville, KY: (270) 881-9551
   ___ Blanchfield Family Advocacy Program (FAP), 2523 22nd St., Fort Campbell, KY: (270) 798-8601
   ___ Community Service Work @: _____
   ___ Other: _____

___ No contact or communication in any form    OR    ___ No criminal contact
   with the complaining witness/ victim(s) during the period of probation.

___ No further acts of domestic violence            Stay away from: _____

___ No use or possession of any firearms or ammunition    ___ No use or possession of alcohol or illegal drugs

___ You have been placed on SUPERVISED PROBATION. You are to contact the Office of Probation & Parole within 24 HOURS: 512 S. Clay St., Hopkinsville KY (270) 889-6530. A COPY OF THIS ORDER UST BE GIVEN TO YOUR PROBATION OFFICER. ANY VIOLATION OF THE ABOVE CONDITIONS MAY RESULT IN A REVOCATION OF THE PROBATED TIME AND THE TIME FOR WHICH YOU ARE ON PROBATION SHALL BE SERVED IN THE COUNTY JAIL.

Provide written proof from Probation & Parole of contact to the Court by __[signature]__

__1/8/25__                                              __[signature]__
DATE                                                    JUDGE, CHRISTIAN DISTRICT COURT

*For more information regarding Ignition Interlock devices and/ or ADE requirements for a DUI conviction, visit: www.drive.ky.gov*
*You may also contact the Kentucky Department of Transportation at: (502) 564-1257*
*or the Hopkinsville Regional office at: (270) 962-4068*

Revised 9/27/2023