NOT ORIGINAL
DOCUMENT

02/07/2025 05:35:38 PM
RAMON@KHBLAW.CO

NO.  22-F-00468                                    CHRISTIAN DISTRICT COURT
                                                   JUDGE LINDSEY ADAMS

COMMONWEALTH OF KENTUCKY                                          PLAINTIFF

v.                          **NOTICE – MOTION - ORDER**
                            **ELECTRONICALLY-FILED**

TARVOUS HASKINS                                                  DEFENDANT

### NOTICE OF APPEAL OF JANARY 8, 2025 JUDGMENT
### & INCLUDED NOVEMBER 30, 2023 ORDER DENYING SUPPRESSION

TO:

| | |
|---|---|
| Hon. Lincoln W. Foster, Esq. | Hon. Judge Lindsey Adans |
| Office of the Christian County Attorney | Christian County  District Court – First Division |
| 209 East 14th Street, P.O. Box 24 | Christian County Courthouse |
| Hopkinsville, Kentucky 42240 | 100 Justice Way |
| christiancoattorney@gmail.com | Hopkinsville, Kentucky 42240 |

*    *    *    *    *    *    *

Comes now the defendant, Tarvous Haskins, by and through counsel, the Hon. Ramon

McGee, Esq., and tenders his Notice of Appeal of the judgment of conviction entered January 8,

2025.  This judgment incorporates the November 30, 2023 order of the trial court denying the

defendant's Motion to Suppress Evidence.   The issues on appeal include but are not limited to:

1.   The improper Order of the trial court placing burden of production on Defendant

    during the November 30, 2023 suppression hearing.

2.  Erroneous Order of the trial court determining legality of traffic stop.

3.  Erroneous Order of the trial court finding extension of traffic stop as investigatory.

4.  Erroneous Order of the trial court finding both physical patdown searches of the

    Defendant lawful.

5.  Erroneous Order of the trial court finding interior clothing search of the Defendant

    lawful.

22-F-00468    01/28/2025    Paige Parker, Christian Circuit Clerk

NOT ORIGINAL

OCUMENT

02/07/2025 05:35:38 PM
KWORAK@KKHBLAW.CO

Respectfully Submitted,

/S/ RAMON MCGEE          .
RAMON MCGEE, ESQ.
4123 West Broadway, Suite No. 1
Louisville, Kentucky 40211
(502) 851-5461 (office)
rmcgeeinc@hotmail.com
Counsel for Mr. Haskins

## CERTIFICATE

This is to certify that a copy of the foregoing NOTICE was delivered via ECF electronic

notice to the above-noticed attorney this the 29th day of January, 2025.

/S/ RAMON MCGEE          .
RAMON MCGEE, ESQ.
4123 West Broadway, Suite No. 1
Louisville, Kentucky 40211
(502) 851-5461 (office)
rmcgeeinc@hotmail.com
Counsel for Mr. Haskins

NA : 000002 of 000002

Filed    22-F-00468    01/28/2025    Paige Parker, Christian Circuit Clerk